IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JUAN CAIN VALENCIA-RAMIREZ | Criminal Action No.<br><br>4:19-CR-30-AT-WEJ |

## Motion to Allow Methamphetamine in Courtroom

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Nicholas Joy, Assistant United States Attorney, for the Northern District of Georgia, moves the Court, for permission to bring into court for trial beginning on October 25, 2021, until the conclusion of trial, various exhibits containing methamphetamine in order to introduce them into evidence.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

/s/ Nicholas Joy
*Assistant United States Attorney*
Georgia Bar No. 969557
nicholas.joy@usdoj.gov

1

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Clayton M. Whittaker

October 16, 2021

/s/ NICHOLAS JOY
NICHOLAS JOY
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CAIN VALENCIA-RAMIREZ | Criminal Action No.<br><br>4:19-CR-30-AT-WEJ |

**Order to Allow Methamphetamine in Courtroom**

Good cause having been shown, it is hereby ordered that the following individual be allowed to bring exhibits containing methamphetamine:

Drug Enforcement Administration Special Agent Jose Collazo or designee

into the U.S. Courthouse on October 25, 2021, to be delivered to Courtroom 2308 on October 25, 2021, for trial proceedings and on each day thereafter until the conclusion of said trial.

So Ordered, this _____ day of October, 2021.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Presented by:
Nicholas Joy, Assistant United States Attorney